## Roy HUGHES v. STATE.
### No. 14362.

Court of Criminal Appeals of Texas.
April 15, 1931.

Davidson, Blalock & Blalock, of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

1118

## MORROW, P. J.

The conviction is for unlawfully driving an automobile upon a public street while under the influence of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

The offense is denounced by article 802, P. C. 1925. The indictment is regular and regularly presented. A plea of guilty was entered. No bills of exception or statement of fact are found in the record. No fundamental error has been perceived or pointed out.

The judgment is affirmed.